232

Elsie B. Spiegel, Appellee, v. Toby Provus and Isadore Provus et al., Appellants.

Gen. No. 42,345.

opinion filed March 22, 1943. Ross, Berchem & Schwantes, for appellants; Sidney E. Levy and Joseph D. Irose, for appellee. Opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."

Eugene S. Ferrier et al., Appellants, v. Vincent J. Sheridan, Appellee.

Gen. No. 42,312.

opinion filed March 22, 1943; rehearing denied April 5, 1943. Orrico & Rosenzweig, for appellants; Joseph B. Gilbert, of counsel; Owens & Owens, for appellee. Opinion by JUSTICE O'CONNOR. "Not to be published in full."